UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK CALDERON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-02681-JMS-MPB ) |
| BRYAN ABRAMS, | ) ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On July 31, 2019, the Magistrate Judge submitted his Report and Recommendation on Plaintiff's *Motion to Set Hearing on Pending Preliminary Injunction Motion and for Partial Modification or Dissolution of State Court's Temporary Restraining Order* (Filing No. 14) and on Plaintiff's *Supplement to His Motion for Partial Modification or Dissolution of State Court's Temporary Restraining Order* (Filing No. 17). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. On August 12, 2019, the parties filed a *Joint Motion for Agreed Preliminary Injunction* (Filing No. 34) in which they requested that this Court enter the attached agreed preliminary injunction. (*Id.*). That agreed submission set forth, in relevant part, that "[t]he temporary restraining order presently governing this case, as amended by Judge Brookman's Recommendation [Filing No. 25], shall be converted into a preliminary injunction." (Filing No. 34-1 at 1). This request, signed by counsel for both parties, confirms that there are no objections to the Magistrate Judge's Report and Recommendation. Given this agreement and having considered the Magistrate Judge's Report and Recommendation, the Court hereby adopts the Magistrate Judge's Report and Recommendation. (Filing No. 25).

1

It is now ordered and adjudged that Plaintiff's *Motion to Set Hearing on Pending Preliminary Injunction Motion and for Partial Modification or Dissolution of State Court's Temporary Restraining Order* (Filing No. 14) and Plaintiff's *Supplement to His Motion for Partial Modification or Dissolution of State Court's Temporary Restraining Order* (Filing No. 17) are hereby **GRANTED in part**.

Date: 8/14/2019

*[signature: Jane Magnus-Stinson]*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Service made electronically to all ECF-registered counsel of record.